## AFFIDAVIT OF OBLIGATION

## COMMERCIAL LIEN

15-cv- 2336

(This is a verified plain statement of fact)

Date: October 13, 2015

**Maxims**:

All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

**FILED**

UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2015

JEFFREY P. COLWELL
CLERK

Truth, as a valid statement of reality, is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgment in commerce.

Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.

(Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses. Hence, governments cannot exercise the power to expunge commercial processes.

The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of commercial Bonds against Public Hazard.

No Bond means no responsibility, means no power of Official signature, means no real corporate political power and means no privilege to operate statutes as the corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

Municipal corporations, which include cities, counties, states and national governments, have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

In commerce, it is a felony for the Officer/Public Office to not receive and report a Claim to its Bonding Company – and it is a felony for the agent of a Bonding Company to not pay the Claim.

If a bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within (60) days, then it must pay the full face value of a defaulted Lien process at (90) days.

Except for a Jury, it is also a fatal offence for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation – hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbounded rulings or statutes which control commerce, freeenterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully, outside of or without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

An official who impairs, debauches, voids or abridges an obligation of contract, or the effect of a commercial lien without proper cause, becomes a lien debtor – and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only Lien Claimant or a Jury can dissolve a Commercial Lien.

**Notice to agent is notice to principal; notice to principal is notice to agent.**

**PUBLIC HAZARD BONDING OF CORPORATE AGENT**: All officials are required by Federal, State and Municipal Law to provide the name, address and telephone number of their public hazard and malpractice bonding company, the policy number of the bond and if required, a copy of the policy describing the bonding coverage of their specific job performance.

Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official, personally, to secure their public oath and service of office.

**Parties:**

**Lien Claimant:**

Rocky-Lee: Hutson/Lien Claimant as settler for Accounts. 970)589-2336
525 ½ 32 ⅛ Rd, Clifton, CO. [81520 -9998]
**Lien Debtors:**

STATE OF COLORADO

GOVERNER: <u>JOHN HICKENLOOPER.</u>

COLORADO STATES ATTORNEY GENERAL: <u>CYNTHIA H. COFFMAN.</u>

COLORADO SECTRETARY OF STATE: <u>WAYNE W. WILLIAMS.</u>

COLORADO DEPARTMENT OF MOTOR VEHICKELS: (<u>ALL OF THE OFFICERS AND ASSISTANTS.</u>)

AMERICAN BAR ASSOCATION: (<u>ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.</u>)

COLORADO BAR ASSOCATION: (<u>ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.</u>)

MESA COUNTY COURT: (<u>ALL OF THE JUDGES AND THEIR ASSISTANTS.</u>)

MESA COUNTY DISTRICT ATTORNEY'S OFFICE: (<u>ALL OF THE OFFICERS AND ASSISTANTS.</u>)

MESA COUNTY/MESA COUNTY SHERIFF: <u>MATT LEWIS.</u>

MESA COUNTY JAIL: (<u>ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.</u>)

CITY OF GRAND JUNCTION/GRAND JUNCTION POLICE DEPARTMENT: (<u>THE CHIEF OF POLICE AND EVERYONE</u>
<u>UNDER HIM DOWN TO THE METER MAID.</u>)

EAGLE COUNTY/EAGLE COUNTY SHERIFF:  JAMES VAN BEEK.

EAGLE COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

EAGLE COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.) - CITY OF EAGLE

EAGLE COUNTY COURTS: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)
CITY OF GOLDEN
JEFFERSON COUNTY/JEFFERSON COUNTY SHERIFF: JEFF SHRADER.

JEFFERSON COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

PUEBLO COUNTY/PUEBLO COUNTY SHERIFF: KIRK M. TAYLOR.

PUEBLO COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

PUEBLO COUNTY COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)

PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.) - CITY OF PUEBLO

**Allegations:**

The entities, Agents and Individuals that are listed above by their own records prove that they are guilty of Title 15 USC 1&2, Title 18 USC 241, Title 18 USC 242 and Title 42 USC 1983.

I am seeking "JUSTICE" from these Corporate Entities, Agents and Individuals.

I was arrested on February 19, 2015 by Grand Junction Police Department, on a Failure to Appear Warrant.

When I asked to see the Warrant, I was told.

"We don't have to show you anything",

When I ask by what authority are you arresting me?  The Police

Officer pointed at his Badge and pistol and said,

"This Badge and Gun are my Authority".

When I demanded to see the Judge, after we arrived at the County Jail.
The Police Officers and the Sheriff Deputies said,

"<u>You will see the Judge when he/she is ready and not before</u>".

Everything that was said and done to me from February 19, 2015 to March 09, 2015 is in clear violation of any and all State and Federal Acts, Codes, Laws, Ordinances, Rules and Statutes. From the time of my arrest in Mesa County through Eagle County, Jefferson County and Pueblo Counties this is how I was treated.

While I was being booked in Pueblo County Jail on February 24, 2015, I had my 4th of 5 Heart attacks, and on February 25, 2015 after being relisted from the hospital in Pueblo, CO., the Sheriff's Office finished booking me into the Jail and again I demanded to see the Judge, I did not see him until March 06, 2015 and even then they held me until March 09, 2015.

When someone is arrested and demands to see the Judge, State and Federal Law mandates that the prisoner is to be in front of the Judge within 48 hours or all charges must be dismissed.

This was a total of 19 days that all of these Entities, Agents and Individuals violated my "Rights" and according to the Laws that I am charging all of these Entities, Agents and Individuals with Ultra Vires, in that they operated outside of their governmental authority and their jurisdiction.

Judges, District Attorneys, Police Officers, State Police, Sheriffs and their Deputies are Public Servants, but in the State of Colorado, it appears, that these Entities, Agents and Individuals are above the Law, but they are still elected, and as elected officials they are all Public Servants, pursuant their Oaths of Office, including the people they hire to work for them.

**PROOF OF ALLEGATIONS:**

1. When I was arrested on February 19, 2015 by the Grand Junction Police was a warrant shown to me? Yes? or No?

    **Answer**: [if no response, allegation is affirmed]

2. When I was taken to the County Jail was a warrant shown to me there?  Yes? or No?

    Answer: [if no response, allegation is affirmed]

3. When I demanded to see the Judge did you or anyone else take me to see him/her?  Yes? or No?

**Answer**: [if no response, allegation is affirmed]

4. From February 19, 2015 to March 01, 2015 I was without my heart medications?  Yes? or No?

    **Answer**: [if no response, allegation is affirmed]

5. When in the Pueblo County Jail was I told to stop reading and teaching the Constitution for the United States of America because it would start a riot?  Yes? or No?

    **Answer**: [if no response, allegation is affirmed]

6. The Lien Claimant requires, Without Prejudice to me and my wife's future and future claims, return for value and immediate settlement, the initial amount of Twenty Four Billion US GOLD Dollars ($24,000,000,000.00), pursuant 12 USC #411, to be paid to Lien Claimant in value of substance.

    **Answer**: [if no response, allegation is affirmed]

**LEDGERING AND TRUE BILL:**

The ledger for this true bill is based on the face value of the Federal Reserve Banking System and the International Monetary Fund (IMF) against the Bonds that they hold on the Bonding Companies for all of these Entities, Agents and Individuals that are listed above as Lien Debtors.

**SURETY:**

Any and all <u>Accounts, Bonds, Securities, Profits, Proceeds, Fixtures, Chattels</u> and <u>Assets</u> owned/ managed by the Bonding Companies under the control of The Federal Reserve Banking System and The International Monetary Fund (IMF) for these Corporate Entities, Agents and Individuals.

**CERTIFICATION:**

I, Rocky-Lee, of the House & Family of Hutson, a living breathing being, a Natural inhabitant of the Land, and who is of middle age, and not a child, and who has not been found lost at sea, am competent in commerce to certify on my own unlimited commercial liability, that I have read the above Affidavit

of Obligation, and do know the contents to be true, correct, complete and not misleading the truth, the whole truth and nothing but the truth, and do believe that the above described acts have been committed contrary to the law [see 18 USC 4 Misprision of Felony].

_____      Date: 10 / 14 / 2015

Rocky-Lee, of the House & Family of Hutson        Seal

ALL RIGHTS RESERVED - ANTE BELLUM

As First Witness to the content of this Affidavit, and to the Living signature of Affiant, I attest to both as being true in material fact, and both were done without the intent to defraud, or to evade the truth, the whole truth, and nothing but the truth.

_____      Date: 10 / 14 / 2015

As Second Witness to the content of this Affidavit, and to the Living signature of Affiant, I attest to both as being true in material fact, and both were done without the intent to defraud, or to evade the truth, the whole truth, and nothing but the truth.

_____   Seal      Date: 10 / 14 / 2015

**CERTIFICATE OF SERVICE**

BE IT KNOWN TO ALL MEN, the Affiant shall make every attempt of service to the Principals, and to the agents listed as Lien Debtors, noting that **NOTICE TO AGENT IS NOTICE PRINCIPAL, and that, NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S).** INASMUCH, the Affiant is NOT responsible for qualification of service to each Lien Debtor, as **AGENTS MUST NOTIFY PRINCIPALS, AND PRINCIPALS MUST NOTIFY AGENTS.** THIS INCLUDES BONDING AGENTS & ENTITIES CHARGED WITH THE SURETIES OF THEIR CLIENTS.