# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02336-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ROCKY-LEE: HUTSON,

    Plaintiff,

v.

STATE OF COLORADO,
JOHN HICKENLOOPER, Governor,
CYNTHIA H. COFFMAN, Colorado State Attorney General,
WAYNE W. WILLIAMS, Colorado Secretary of State,
COLORADO DEPARTMNET OF MOTOR VEHICILES, All of the Officers and
    Assistants,
AMERICAN BAR ASSOCIATION, All Licensed Bar Attorneys and Assistants,
COLORADO BAR ASSOCATION, All Licensed Bar Attorneys and Assistants,
MESA COUNTY COURT, All of the Judges and their Assistants,
MESA COUNTY DISTRICT ATTORNEY'S OFFICE, All of the Officers and Assistants,
MATT LEWIS, Mesa County/Mesa County Sheriff,
MESA COUNTY JAIL, All of the Officers and Assistants,
CITY OF GRAND JUNCTION/GRAND JUNCTION POLICE DEPARTMENT, The Chief
    Of Police and Everyone Under Him Down to the Meter Maid,
JAMES VAN BEEK, Eagle County/Eagle County Sheriff,
EAGLE COUNTY JAIL, All Deputies in the Sheriff's Department,
EAGLE COUNTY/DISTRICT ATTORNEY'S OFFICE, All of the Officers and Assistants,
CITY OF EAGLE,
EAGLE COUNTY COURTS, All of the Judges and Their Assistants,
CITY OF GOLDEN,
JEFF SHRADER, Jefferson County/Jefferson County Sheriff,
JEFFERSON COUNTY JAIL, All Deputies in the Sheriff's Department,
KIRK M. TAYLOR, Pueblo County/Pueblo County Sheriff,
PUEBLO COUNTY J AIL, All Deputies in the Sheriff's Department,
PUEBLO COUNTY COURT, All of the Judges and Their Assistants,
PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE, All of the Officers and
    Assistants, and
CITY OF PUEBLO,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Rocky-Lee: Hutson currently resides in Clifton, Colorado. Plaintiff initiated this action by filing *pro se* a pleading titled, "Affidavit of Obligation Commercial Lien (This is a verified plain statement of fact)" (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2) . As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue her claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees and Costs**:
(1) __      is not submitted
(2) X       is not on proper form (must use the Court's long form)
(3) __      is missing original signature by Plaintiff
(4) __      is missing affidavit
(5) __      affidavit is incomplete
(6) __      affidavit is not properly notarized
(7) __      names in caption do not match names in caption of complaint, petition or application
(8) X       other: In the alternative Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9) __      is not submitted
(10) X      is not on proper form (must use a Court-approved form)
(11) __     is missing an original signature by the Plaintiff
(12) __     is incomplete
(13) __     uses et al. instead of listing all parties in caption
(14) __     names in caption do not match names in text of Complaint
(15) __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __     other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov).  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED October 22, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge