IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02336-GPG

ROCKY-LEE: HUTSON,

    Plaintiff,

v.

STATE OF COLORADO,
JOHN HICKENLOOPER, Governor,
CYNTHIA H. COFFMAN, Colorado State Attorney General,
WAYNE W. WILLIAMS, Colorado Secretary of State,
COLORADO DEPARTMNET OF MOTOR VEHICILES, All of the Officers and
    Assistants,
AMERICAN BAR ASSOCIATION, All Licensed Bar Attorneys and Assistants,
COLORADO BAR ASSOCATION, All Licensed Bar Attorneys and
Assistants, MESA COUNTY COURT, All of the Judges and their Assistants,
MESA COUNTY DISTRICT ATTORNEY'S OFFICE, All of the Officers and Assistants,
MATT LEWIS, Mesa County/Mesa County Sheriff,
MESA COUNTY JAIL, All of the Officers and Assistants,
CITY OF GRAND JUNCTION/GRAND JUNCTION POLICE DEPARTMENT, The Chief
    Of Police and Everyone Under Him Down to the Meter Maid,
JAMES VAN BEEK, Eagle County/Eagle County Sheriff,
EAGLE COUNTY JAIL, All Deputies in the Sheriff's Department,
EAGLE COUNTY/DISTRICT ATTORNEY'S OFFICE, All of the Officers and Assistants,
CITY OF EAGLE,
EAGLE COUNTY COURTS, All of the Judges and Their Assistants,
CITY OF GOLDEN,
JEFF SHRADER, Jefferson County/Jefferson County Sheriff,
JEFFERSON COUNTY JAIL, All Deputies in the Sheriff's Department,
KIRK M. TAYLOR, Pueblo County/Pueblo County Sheriff,
PUEBLO COUNTY J AIL, All Deputies in the Sheriff's Department,
PUEBLO COUNTY COURT, All of the Judges and Their Assistants,
PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE, All of the Officers and
    Assistants, and
CITY OF PUEBLO,

    Defendants.

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
DIRECTING PLAINTIFF TO FILE COMPLAINT ON PROPER FORM

Plaintiff, Rockey-Lee: Hutson currently resides in Clifton, Colorado. Plaintiff initiated this action by filing *pro se* a pleading titled, "Affidavit of Obligation Commercial Lien (This is a verified plaint statement of fact)" (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2). The Court reviewed the documents and determined they were deficient. On October 22, 2015, Magistrate Judge Gordon P. Gallagher entered an order (ECF No. 4) directing Plaintiff within thirty days to cure deficiencies by filing the application to proceed without prepaying fees and complaint on the court-approved forms.

On October 30, 2015, Plaintiff submitted an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 5). The Application indicates that Plaintiff should be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Therefore, Plaintiff will be granted leave to proceed without prepaying fees or costs.

Plaintiff, however, has not submitted the complaint on the Court-approved form as directed in the October 22 Order to Cure. The Court will provide Plaintiff with an additional fourteen (14) days to comply with the Court's order and to submit a complaint on the proper form.

Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 5) is granted. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is denied as moot. It is

FURTHER ORDERED that Plaintiff cure the remaining deficiency by filing **within thirty (30) days from the date of this order** a complaint on the proper form, which can be found, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to file a complaint as directed **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED November 25, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
GORDON P. GALLAGHER
United States Magistrate Judge