FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 10 2015
JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02336-GPG

Rocky-Lee: Hutson, Plaintiff,

v.

STATE OF COLORADO

GOVERNER: JOHN HICKENLOOPER.

COLORADO STATES ATTORNEY GENERAL: CYNTHIA H. COFFMAN.

COLORADO SECTRETARY OF STATE: WAYNE W. WILLIAMS.

COLORADO DEPARTMENT OF MOTOR VEHICLES: (ALL OF THE OFFICERS AND ASSISTANTS.)

AMERICAN BAR ASSOCIATION: (ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.)

COLORADO BAR ASSOCIATION: (ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.)

MESA COUNTY COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)

MESA COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.)

MESA COUNTY

MESA COUNTY SHERIFF: MATT LEWIS.

MESA COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

CITY OF GRAND JUNCTION

GRAND JUNCTION POLICE DEPARTMENT: (THE CHIEF OF POLICE AND EVERYONE UNDER HIM DOWN TO THE METER MAID.)

EAGLE COUNTY

EAGLE COUNTY SHERIFF: JAMES VAN BEEK.

EAGLE COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

CITY OF EAGLE

EAGLE COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.)

EAGLE COUNTY COURTS: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)

CITY OF GOLDEN

JEFFERSON COUNTY

JEFFERSON COUNTY SHERIFF: JEFF SHRADER.

JEFFERSON COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

PUEBLO COUNTY

PUEBLO COUNTY SHERIFF: KIRK M. TAYLOR.

PUEBLO COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

PUEBLO COUNTY COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)

CITY OF PUEBLO

PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS) Defendant(s).

---

COMPLAINT

---

I am seeking "JUSTICE" from these Corporate Entities, Agents and Individuals.

I was arrested on February 19, 2015 by Grand Junction Police Department, on a Failure to Appear Warrant.

When I asked to see the Warrant, I was told.

"We don't have to show you anything",

When I ask by what authority are you arresting me? The Police Officer pointed at his Badge and pistol and said,

"This Badge and Gun are my Authority".

When I demanded to see the Judge, after we arrived at the County Jail.

The Police Officers and the Sheriff Deputies said,

"You will see the Judge when he/she is ready and not before".

Everything that was said and done to me from February 19, 2015 to March 09, 2015 is in clear violation of any and all State and Federal Acts, Codes, Laws, Ordinances, Rules and Statutes. From the time of my arrest my Civil Rights have been violated by ALL of these entities, agents and individuals.

---

PARTIES

1. Plaintiff Rocky-Lee:Hutson is a Colorado State citizen who presently lives at the following address: 525 ½ 32 1/8 Road, Clifton, Colorado [81520-9998]
2. Defendant: STATE OF COLORADO, DENVER, COLORADO
3. Defendant: GOVERNER: JOHN HICKENLOOPER, DENVER, COLORADO
4. Defendant: COLORADO STATES ATTORNEY GENERAL: CYNTHIA H. COFFMAN, DENVER, COLORADO
5. Defendant: COLORADO SECTRETARY OF STATE: WAYNE W. WILLIAMS, DENVER, COLORADO
6. Defendant: COLORADO DEPARTMENT OF MOTOR VEHICLES: (ALL OF THE OFFICERS AND ASSISTANTS.) , DENVER, COLORADO
7. Defendant: AMERICAN BAR ASSOCIATION: (ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.)
8. Defendant: COLORADO BAR ASSOCIATION: (ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.) , DENVER, COLORADO
9. Defendant: MESA COUNTY COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)
10. Defendant: MESA COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.)
11. Defendant: MESA COUNTY,GRAND JUNCTION, COLORADO
12. Defendant: MESA COUNTY SHERIFF: MATT LEWIS,GRAND JUNCTION, COLORADO
13. Defendant: MESA COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.) ,GRAND JUNCTION, COLORADO
14. Defendant: CITY OF GRAND JUNCTION,GRAND JUNCTION, COLORADO
15. Defendant: GRAND JUNCTION POLICE DEPARTMENT: (THE CHIEF OF POLICE AND EVERYONE UNDER HIM DOWN TO THE METER MAID.) ,GRAND JUNCTION, COLORADO
16. Defendant: EAGLE COUNTY, EAGLE, COLORADO
17. Defendant: EAGLE COUNTY SHERIFF: JAMES VAN BEEK, EAGLE, COLORADO
18. Defendant: EAGLE COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.) , EAGLE, COLORADO
19. Defendant: CITY OF EAGLE, EAGLE, COLORADO
20. Defendant: EAGLE COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.) , EAGLE, COLORADO

---

21. Defendant: EAGLE COUNTY COURTS: (ALL OF THE JUDGES AND THEIR ASSISTANTS.) , EAGLE, COLORADO
22. Defendant: CITY OF GOLDEN, GOLDEN, COLORADO
23. Defendant: JEFFERSON COUNTY, GOLDEN, COLORADO
24. Defendant: JEFFERSON COUNTY SHERIFF: JEFF SHRADER. , GOLDEN, COLORADO
25. Defendant: JEFFERSON COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.) , GOLDEN, COLORADO
26. Defendant: PUEBLO COUNTY, PUEBLO, COLORADO
27. Defendant: PUEBLO COUNTY SHERIFF: KIRK M. TAYLOR, PUEBLO, COLORADO
28. Defendant: PUEBLO COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.) , PUEBLO, COLORADO
29. Defendant: PUEBLO COUNTY COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.) , PUEBLO, COLORADO
30. Defendant: CITY OF PUEBLO, PUEBLO, COLORADO
31. Defendant: PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS) , PUEBLO, COLORADO

---

## JURISDICTION

Jurisdiction is asserted pursuant to following statutory authorities:

1. STATE OF COLORADO is a land mass known as COLORADO and is the principle institution that answers to the Citizens of the state on all Laws and how they should be administrated.
2. The GOVERNOR gets his authority from taking an oath to defend and administer the State and Federal Laws to govern the Citizens of Colorado.
3. The COLORADO STATE ATTORNY GENERAL's authority comes from the oath they took to defend and inforce the CONSTITUTION OF THE UNITED STATES OF AMERICA, THE CONSTITUTION OF THE STATE OF COLORADO and the Laws of the State of Colorado.
4. The SECRETARY OF STATE's authority comes from the oath he took to the State of Colorado, which one of his jobs is to administrate Laws concerning business throughout the State of Colorado.
5. The DEPARTMENT OF MOTOR VEHICLES is to bring in revenue to the State through the fees of Registrations, Licensing, Permits and Taxes governing the highway laws in the State of Colorado.
6. The AMERICAN BAR ASSOCIATION governs the State BAR Associations in each State.
7. The COLORADO BAR ASSOCIATION gets its authority from the State and the American BAR Association.
8. MESA COUNTY gets its authority from its Citizens of the county and the State of Colorado.

9. MESA COUNTY SHERIFF Matt Lewis gets his authority from his oath of office and the Citizens of Mesa County and the State of Colorado.
10. MESA COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Mesa County and the State of Colorado.
11. MESA COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority from the oath of office that they take and the Citizens of Mesa County along with the State of Colorado.
12. MESA COUNTY COURT to include ALL OF THE JUDGES AND THEIR ASSISTANTS gets its authority from the oaths that they take and the Citizens of Mesa County along with the State of Colorado.
13. CITY OF GRAND JUNCTION gets its authority from the Citizens of Grand Junction and the State of Colorado.
14. GRAND JUNCTION POLICE DEPARTMENT (THE CHIEF OF POLICE AND EVERYONE UNDER HIM DOWN TO THE METER MAID) gets its authority from the Citizens of Grand Junction and the State of Colorado.
15. EAGLE COUNTY gets its authority from its Citizens and the State of Colorado.
16. EAGLE COUNTY SHERIFF James Van Beek gets his authority from his oath of office and the Citizens of Eagle County and the State of Colorado.
17. EAGLE COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Eagle County and the State of Colorado.
18. EAGLE COUNTY COURTS to include ALL OF THE JUDGES AND THEIR ASSISTANTS gets its authority from the oaths that they take and the Citizens of Eagle County along with the State of Colorado.
19. EAGLE COUNTY DISTRICT ATTORNEY'S OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority from the oath of office that they take and the Citizens of Eagle County along with the State of Colorado.
20. CITY OF EAGLE gets its authority from the Citizens of Eagle and the State of Colorado.
21. CITY OF GOLDEN gets its authority from the Citizens of Golden and the State of Colorado.
22. JEFFERSON COUNTY gets its authority from its Citizens and the State of Colorado.
23. JEFFERSON COUNTY SHERIFF Jeff Shrader gets his authority from his oath of office and the Citizens of Jefferson County and the State of Colorado.
24. JEFFERSON COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Jefferson County and the State of Colorado.
25. PUEBLO COUNTY gets its authority from its Citizens and the State of Colorado.
26. PUEBLO COUNTY SHERIFF: KIRK M. TAYLOR gets his authority from his oath of office and the Citizens of Pueblo County and the State of Colorado.
27. PUEBLO COUNTY JAIL to include ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Pueblo County and the State of Colorado.

28. PUEBLO COUNTY COURT to include ALL OF THE JUDGES AND THEIR ASSISTANTS gets its authority from the oaths that they take and the Citizens of Pueblo County along with the State of Colorado.
29. PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority from the oath of office that they take and the Citizens of Pueblo County along with the State of Colorado.
30. CITY OF PUEBLO gets its authority from the Citizens of Pueblo and the State of Colorado.

The entities, Agents and Individuals that are listed above by their own records prove that they are guilty of violating my civil rights as indicated in the following laws "Title 15 USC 1&2, Title 18 USC 241, Title 18 USC 242 and Title 42 USC 1983" and I also need the Court to follow the Law for Title 18 USC 3771, I feel that these entities, Agents and Individuals will come after me for anything they can for filing this case.

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**

1. THE STATE OF COLORADO is the area in which all of the States governing bodies reside and is controlled by the States Legislature with its BOND. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. My Civil Rights were violated by the State.

**SECOND CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

2. THE GOVERNOR: Oversees ALL functions of the Government and Governments in the State of Colorado with an OATH of office and a BOND. He has failed to uphold my Civil Rights from those under his command.

**THIRD CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

3. COLORADO STATES ATTORNY GENERAL: Oversee ALL of the judicial entities within the boundaries of the State of Colorado with an OATH of office and a BOND. She has failed to uphold my Civil Rights from those under her command.

**FOURTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

4. COLORADO SECRETARY OF STATE: He is to oversee ALL Businesses and Corporations for the State of Colorado with an OATH of office and a BOND. He has failed to uphold my Civil Rights from those under his command.

**FIFTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

5. COLORADO DEPARTMENT OF MOTOR VEHICILES: is to bring in revenue for the State and also to follow the Law and not statutes with an OATH of office and a BOND. She has failed to uphold my Civil Rights from those under her command.

**SIXTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

6. AMERICAN BAR ASSOCIATION: They are licensed through themselves and not through any agency and are to defend the rights of the Citizens and the people of the country with an OATH of office and a BOND. They are guilty of violating their own oath along with my Civil Rights.

**SEVENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

7. COLORADO BAR ASSOCIATION: They are licensed through themselves and not through any agency and are to defend the rights of the Citizens and the people of the State with an OATH of office and a BOND. They are guilty of violating their own oath along with my Civil Rights.

**EIGHTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

8. MESA COUNTY COURT: this is where the Judges of MESA COUNTY hold court with an OATH of office and a BOND, they are to look at the Defendants as they are innocent until proven guilty, they are not to be swayed by politics to make their judgement: They are guilty of violating their own oath along with my Civil Rights.

**NINTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

9. MESA COUNTY with its BOND is a portion of land located in the central section of the western side of the State at the UTAH and COLORADO border. The area in which the County and the States governing bodies reside and is controlled by the Citizens of the county and the States Legislature. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. My Civil Rights were violated by the County.

**TENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

10. MESA COUNTY SHERIFF MATT LEWIS gets his authority with an OATH of office and a BOND and the Citizens of Mesa County and the State of Colorado. He has violated my Civil Rights.

**ELEVENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

11. MESA COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Mesa County and the State of Colorado. They have violated my Civil Rights.

**TWELFTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

12. MESA COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority with an OATH of office and a BOND that they take and the Citizens of Mesa County along with the State of Colorado. They have violated my Civil Rights.

**THIRTEENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

13. CITY OF GRAND JUNCTION gets its authority with its BOND, the Citizens of Grand Junction and the State of Colorado. My Civil Rights were violated by the city.

**FOURTEENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

14. GRAND JUNCTION POLICE DEPARTMENT (THE CHIEF OF POLICE AND EVERYONE UNDER HIM DOWN TO THE METER MAID) gets its authority with an OATH of office and a BOND and the Citizens of Grand Junction and the State of Colorado. They have violated my Civil Rights.

**FIFTEENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

15. EAGLE COUNTY gets its authority with its BOND and from its Citizens and the State of Colorado. My Civil Rights were violated by the County.

**SIXTEENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

16. EAGLE COUNTY SHERIFF JAMES VAN BEEK gets his authority with an OATH of office and a BOND and the Citizens of Eagle County and the State of Colorado. He violated my Civil Rights.

**SEVENTEENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

17. EAGLE COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Eagle County and the State of Colorado. They have violated my Civil Rights.

**EIGHTEENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

18. EAGLE COUNTY COURT: this is where the Judges of EAGLE COUNTY hold court with an OATH of office and a BOND and they are to look at the Defendants as they are innocent until proven guilty, they are not to be swayed by politics to make their judgement: They are guilty of violating their own oath along with my Civil Rights.

**NINTEENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

19. EAGLE COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority with an OATH of office and a BOND that they take and the Citizens of Eagle County along with the State of Colorado. They have violated my Civil Rights.

**TWENTYTH CLAIM FOR RELIEF
AND SUPORTING FACTUAL ALLEGATION**

20. CITY OF EAGLE gets its authority with its BOND and from the Citizens of Eagle and the State of Colorado. My Civil Rights were violated by the city.

**TWENTYFIRST CLAIM FOR RELIEF
AND SUPORTING FACTUAL ALLEGATION**

21. CITY OF GOLDEN gets its authority from the Citizens of Golden and the State of Colorado. My Civil Rights were violated by the city.

**TWENTYSECOND CLAIM FOR RELIEF
AND SUPORTING FACTUAL ALLEGATION**

22. JEFFERSON COUNTY with its BOND is the area of the State in which the County and the States governing bodies reside and is controlled by the Citizens of the county and the States Legislature. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. My Civil Rights were violated by the County.

**THENTYTHIRD CLAIM FOR RELIEF
AND SUPORTING FACTUAL ALLEGATION**

23. JEFFERSON COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Jefferson County and the State of Colorado. They have violated my Civil Rights.

**TWENTYFOURTH CLAIM FOR RELIEF
AND SUPORTING FACTUAL ALLEGATION**

24. JEFFERSON COUNTY SHERIFF JEFF SHRADER gets his authority with an OATH of office and a BOND and the Citizens of Jefferson County and the State of Colorado. He has violated my Civil Rights.

**TWENTYFIFTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

25. PUEBLO COUNTY with its BOND is the area of the State in which the County and the States governing bodies reside and is controlled by the Citizens of the county and the States Legislature. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. My Civil Rights were violated by the County.

**TWENTYSIXTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

26. PUEBLO COUNTY SHERIFF KIRK M. TAYLOR gets his authority with an OATH of office and a BOND and the Citizens of Pueblo County and the State of Colorado. He has violated my Civil Rights.

**TWENTYSEVENTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

27. PUEBLO COUNTY JAIL to include ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Pueblo County and the State of Colorado. They have violated my Civil Rights.

**TWENTYEIGHTH CLAIM FOR RELIEF**
**AND SUPORTING FACTUAL ALLEGATION**

28. PUEBLO COUNTY COURT: this is where the Judges of PUEBLO COUNTY hold court with an OATH of office and a BOND they are to look at the Defendants as they are innocent until proven guilty, they are not to be swayed by politics to make their judgement: They are guilty of violating their own oath along with my Civil Rights.

**TWENTYNINTH CLAIM FOR RELIEF
AND SUPORTING FACTUAL ALLEGATION**

29. PUEBLO COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority with an OATH of office and a BOND that they take and the Citizens of Pueblo County along with the State of Colorado. They have violated my Civil Rights.

**THIRTYTH CLAIM FOR RELIEF
AND SUPORTING FACTUAL ALLEGATION**

30. CITY OF PUEBLO gets its authority from its BOND the Citizens of Pueblo and the State of Colorado. They have violated my Civil Rights.

**REQUEST FOR RELIEF**

Plaintiff request the following relief:

As required by Law for the following violations of these Laws "Title 15 USC 1&2, Title 18 USC 241, Title 18 USC 242 and Title 42 USC 1983" of my Civil Rights, no more and no less.

FBI agent ALEX ZAPPY told me that once you are arrested and before you go to court you don't have any rights until you are out of jail. He said that policies of the jail supersede LAWS in ALL jails throughout the country and that your Civil Rights do not matter.

Date: December 07, 2015

(Plaintiff's Original Signature)

525 ½ 32 1/8 Road

(Street Address)

Clifton, Colorado [81520-9998]

(City, State, ZIP)

970-589-2336

(Telephone Number)

ooky-Lee: Hutson
25 ½ 32 ⅛ Road
lifton, Colorado [81520-9998]

U.S. POSTAGE
PAID
GRAND JUNCTION, CO
81504
DEC 07, 15
AMOUNT
$4.87
R2304M113116-14
80294
1000

7015 0640 0007 6772 5591

Office of the Clerk of the Court
Alfred A. Arraj United States Court
901 19th Street, Room A105
Denver, Colorado 80294-3589