Date: December 30, 2015

Rocky-Lee:Hutson

525 ½ 32 1/8 Road

Clifton, Colorado [81520-9998]

970-589-2336

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 4 2015

JEFFREY P. COLWELL
CLERK

Gordon P. Gallagher

United States Magistrate Judge

Sir, I know I have no legal training of any kind and I am not practiced in the art of deception and lies as most not all but most legal minds are and you on the other hand have spent your entire life studding the law. The way I am looking at this is, if I Threaten, Intimidate or coerce anyone to sign or plie guilty when they are not, or force them to do anything against their will or tell them I will hold them in jail if they don't give me money- isn't that illegal?

If you are saying that because everyone on my list is being paid by the State and the State is above the law, then why don't we just say to hell with the people, burn the flag and don't forget to burn the Constitution that our founding fathers risk their lives for and everyone who has ever served this country because it didn't mean anything anyway, RIGHT. These people and their committees don't care about the people except what can we take from them and who will you vote for. These Corporate, State and so-called Government Entities, Agencies and Individuals remind me of WWII Germany and in the Nurnberg Trials, the court ruled that "following orders from your superior when you know it's wrong there is no excuse". Oh, I forgot, Law- enforcement officers aren't supposed to think, they are to just follow orders.

I have already been contacted by an Attorney wanting me to settle out of court for $25,000,000.00 and I told him that I would see him in court. I tried later to contact that Attorney but he doesn't exist and I now think that F.B.I. Agent Alex Zappy is behind this because he called me on November 12, 2015 and told me that if I followed through with my lien it would bankrupt State. What does my commercial Lien have to do with the F.B.I...?

I will not be Threaten, Intimidate or coerced again.

Respectfully