IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 4 2015

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:15-cv-02336-GPG

Rocky-Lee: Hutson, Plaintiff,

v.

STATE OF COLORADO

GOVERNER: JOHN HICKENLOOPER.

COLORADO STATES ATTORNEY GENERAL: CYNTHIA H. COFFMAN.

COLORADO SECTRETARY OF STATE: WAYNE W. WILLIAMS.

COLORADO DEPARTMENT OF MOTOR VEHICLES: (ALL OF THE OFFICERS AND ASSISTANTS.)

AMERICAN BAR ASSOCIATION: (ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.)

COLORADO BAR ASSOCIATION: (ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.)

MESA COUNTY COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)

MESA COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.)

MESA COUNTY

MESA COUNTY SHERIFF: MATT LEWIS.

MESA COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

CITY OF GRAND JUNCTION

GRAND JUNCTION POLICE DEPARTMENT: (THE CHIEF OF POLICE AND EVERYONE UNDER HIM DOWN TO THE METER MAID.)

EAGLE COUNTY

EAGLE COUNTY SHERIFF:  JAMES VAN BEEK.

EAGLE COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

(Rev. 07/06)

CITY OF EAGLE

EAGLE COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS.)

EAGLE COUNTY COURTS: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)

CITY OF GOLDEN

JEFFERSON COUNTY

JEFFERSON COUNTY SHERIFF: JEFF SHRADER.

JEFFERSON COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

PUEBLO COUNTY

PUEBLO COUNTY SHERIFF: KIRK M. TAYLOR.

PUEBLO COUNTY JAIL: (ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT.)

PUEBLO COUNTY COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)

CITY OF PUEBLO

PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE: (ALL OF THE OFFICERS AND ASSISTANTS) Defendant(s).

(Rev. 07/06)

## COMPLAINT

I am seeking "UNJUSTICE" from these Corporate Entities, Agents and Individuals.

 I was arrested on February 19, 2015 by Grand Junction Police Department, on a Failure to Appear Warrant.

When I asked to see the Warrant, I was told.

 "We don't have to show you anything",

When I ask by what authority are you arresting me?   The Police Officer pointed at his Badge and pistol and said,

 "This Badge and Gun are my Authority".

 When I demanded to see the Judge, after we arrived at the County Jail.

 The Police Officers and the Sheriff Deputies said,

 "You will see the Judge when he/she is ready and not before".

Everything that was said and done to me from February 19, 2015 to March 09, 2015 is in clear violation of any and all State and Federal Acts, Codes, Laws, Ordinances, Rules and Statutes. From the time of my arrest my Civil Rights have been violated by ALL of these entities, agents and individuals. Now in order for Justice to occur there has to be an injured party, proof of injury and someone or something that did the injury. I am the injured party and they did the crime. With their own records they prove my claim and I want them to pay for their wrong doings.

(Rev. 07/06)

# PARTIES

1. Plaintiff   Rocky-Lee:Hutson                           is a citizen of Colorado
who presently resides at the following address:
525 ½ 32 1/8 Road, Clifton, Colorado [81520-9998]

2. Defendant  THE STATE OF COLORADO          is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
200 E. COLFAX AVE. DENVER, COLORADO 80203

3. Defendant  Colorado Attorney General      is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
1300 Broadway, 10th Floor, DENVER, COLORADO 80203
(Attach a separate page, if necessary, to list additional parties.)

4. Defendant  Colorado S.O.S. Wayne Williams   is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
1700 BROADWAY, Suite 200, DENVER, COLORADO, 80290

5. Defendant  Governor John Hickenlooper      is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
200 E. COLFAX AVE #136, DENVER, COLORADO 80203

6. Defendant  COLORADO  D.M.V.                is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
1881 PIERCE STREET, LAKEWOOD, COLORADO

7. Defendant  AMERICAN BAR ASSOCIATION    is a Citizen of ILLIONIS
who live(s) at or is/are located at the following address:
321 NORTH CLARK STREET, CHICAGO, ILLIONIS 60610

8. Defendant  COLORADO BAR ASSOCIATION   is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
1900 Grant St. 9th Floor, DENVER, COLORADO 80203

9. Defendant  MESA COUNTY COURT            is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
125 NORTH SPRUCE STREET, GRAND JUNCTION, COLORADO 81503

3

(Rev 07/06)

10. Defendant  MESA COUNTY DISTRICT ATTORNEYS OFFICE          is a Citizen of COLORADO

who live(s) at or is/are located at the following address:
125 NORTH SPRUCE STREET, GRAND JUNCTION, COLORADO 81503

11. Defendant  MESA COUNTY          is a Citizen of COLORADO

who live(s) at or is/are located at the following address:
**544 Rood Avenue, 2ⁿᵈ Floor Courthouse Annex, Grand Junction, CO 81501**

12. Defendant  MESA COUNTY SHERIFF MATT LEWIS          is a Citizen of  COLORADO

who live(s) at or is/are located at the following address:
215 RICE STREET, GRAND JUNCTION, COLORADO 81503

13. Defendant  MESA COUNTY JAIL          is a Citizen of COLORADO

who live(s) at or is/are located at the following address:
215 RICE STREET, GRAND JUNCTION, COLORADO 81503

14. Defendant  GRAND JUNCTION POLICE DEPTARTMENT          is a Citizen of COLORADO

who live(s) at or is/are located at the following address:
555 UTE AVE. GRAND JUNCTION, COLORADO 81501

15. Defendant  CITY OF GRAND JUNCTION          is a Citizen of COLORADO

who live(s) at or is/are located at the following address:
250 NORTH 5TH STREET, GRAND JUNCTION, COLORADO 81501

16. Defendant  EAGLE COUNTY          is a Citizen of COLORADO

who live(s) at or is/are located at the following address:
P.O. BOX 359, EAGLE, COLORADO 81631

17. Defendant  EAGLE COUNTY SHERIFF JAMES VAN BEEK          is a Citizen of COLORADO

who live(s) at or is/are located at the following address:
P.O. BOX 359, EAGLE, COLORADO 81631

4

(Rev. 07/06)

18.   Defendant  EAGLE COUNTY JAIL              is a Citizen of COLORADO
      who live(s) at or is/are located at the following address:
      P.O. BOX 359, EAGLE, COLORADO 81631

19.   Defendant  CITY OF EAGLE                  is a Citizen of COLORADO
      who live(s) at or is/are located at the following address:
      P.O. BOX 359, EAGLE, COLORADO 81631

20.   Defendant  EAGLE COUNTY DISTRICT          is a Citizen of COLORADO
                 ATTORNEYS OFFICE
      who live(s) at or is/are located at the following address:
      P.O. BOX 359, EAGLE, COLORADO 81631

21.   Defendant  EAGLE COUNTY COURTS            is a Citizen of COLORADO
      who live(s) at or is/are located at the following address:
      P.O. BOX 359, EAGLE, COLORADO 81631

22.   Defendant  CITY OF GOLDEN                 is a Citizen of COLORADO
      who live(s) at or is/are located at the following address:
      911 10th STREET GOLDEN, COLORADO

23.   Defendant  JEFFERSON COUNTY               is a Citizen of COLORADO
      who live(s) at or is/are located at the following address:
      100 JEFFERSON COUNTY PARKWAY, GOLDEN, COLORADO 80419

24.   Defendant  JEFFERSON COUNTY SHERIFF       is a Citizen of COLORADO
                 JEFF SHRADER
      who live(s) at or is/are located at the following address:
      11139 BRADFORD RD. #700, LITTLETON,COLORADO 80127

25.   Defendant  JEFFERSON COUNTY JAIL          is a Citizen of COLORADO
      who live(s) at or is/are located at the following address:
      200 JEFFERSON COUNTY PKWY, GOLDEN, COLORADO 80401

5

26. Defendant PUEBLO COUNTY is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
2631 E. 4TH ST. PUEBLO, COLORADO 81001

27. Defendant PUEBLO COUNTY SHERIFF KIRK is a Citizen of COLORADO
M. TAYLOR
who live(s) at or is/are located at the following address:
909 COURT STREET, PUEBLO, COLORADO 81003

28. Defendant PUEBLO COUNTY JAIL is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
909 COURT STREET, PUEBLO, COLORADO 81003

29. Defendant PUEBLO COUNTY COURT is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
501 N. ELIZABETH ST. PUEBLO, COLORADO 81003

30. Defendant CITY OF PUEBLO is a Citizen of COLORADO
who live(s) at or is/are located at the following address:
200 S. Main St. Pueblo, Colorado 81003

31. Defendant PUEBLO COUNTY DISTRICT is a Citizen of COLORADO
ATTORNEYS OFFICE
who live(s) at or is/are located at the following address:
701 COURT STREET, PUEBLO, COLORADO 81003

6

# JURISDICTION

4.   Jurisdiction is asserted pursuant to following statutory authorities:
   1. STATE OF COLORADO is a land mass known as COLORADO and is the principle institution that answers to the Citizens of the state on all Laws and how they should be administrated.
   2. The GOVERNOR gets his authority from taking an oath to defend and administer the State and Federal Laws to govern the Citizens of Colorado.
   3. The COLORADO STATE ATTORNY GENERAL's authority comes from the oath they took to defend and inforce the CONSTITUTION OF THE UNITED STATES OF AMERICA, THE CONSTITUTION OF THE STATE OF COLORADO and the Laws of the State of Colorado.
   4. The SECRETARY OF STATE's authority comes from the oath he took to the State of Colorado, which one of his jobs is to administrate Laws concerning business throughout the State of Colorado.
   5. The DEPARTMENT OF MOTOR VEHICLES is to bring in revenue to the State through the fees of Registrations, Licensing, Permits and Taxes governing the highway laws in the State of Colorado.
   6. The AMERICAN BAR ASSOCIATION governs the State BAR Associations in each State.
   7. The COLORADO BAR ASSOCIATION gets its authority from the State and the American BAR Association.
   8. MESA COUNTY gets its authority from its Citizens of the county and the State of Colorado.
   9. MESA COUNTY SHERIFF Matt Lewis gets his authority from his oath of office and the Citizens of Mesa County and the State of Colorado.
   10. MESA COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Mesa County and the State of Colorado.
   11. MESA COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority from the oath of office that they take and the Citizens of Mesa County along with the State of Colorado.
   12. MESA COUNTY COURT to include ALL OF THE JUDGES AND THEIR ASSISTANTS gets its authority from the oaths that they take and the Citizens of Mesa County along with the State of Colorado.
   13.  CITY OF GRAND JUNCTION gets its authority from the Citizens of Grand Junction and the State of Colorado.
   14. GRAND JUNCTION POLICE DEPARTMENT (THE CHIEF OF POLICE AND EVERYONE UNDER HIM DOWN TO THE METER MAID) gets its authority from the Citizens of Grand Junction and the State of Colorado.
   15. EAGLE COUNTY gets its authority from its Citizens and the State of Colorado.

(Rev 07/06)

16. EAGLE COUNTY SHERIFF James Van Beek gets his authority from his oath of office and the Citizens of Eagle County and the State of Colorado.

17. EAGLE COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Eagle County and the State of Colorado.

18. EAGLE COUNTY COURTS to include ALL OF THE JUDGES AND THEIR ASSISTANTS gets its authority from the oaths that they take and the Citizens of Eagle County along with the State of Colorado.

19. EAGLE COUNTY DISTRICT ATTORNEY'S OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority from the oath of office that they take and the Citizens of Eagle County along with the State of Colorado.

20. CITY OF EAGLE gets its authority from the Citizens of Eagle and the State of Colorado.

21. CITY OF GOLDEN gets its authority from the Citizens of Golden and the State of Colorado.

22. JEFFERSON COUNTY gets its authority from its Citizens and the State of Colorado.

23. JEFFERSON COUNTY SHERIFF Jeff Shrader gets his authority from his oath of office and the Citizens of Jefferson County and the State of Colorado.

24. JEFFERSON COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Jefferson County and the State of Colorado.

25. PUEBLO COUNTY gets its authority from its Citizens and the State of Colorado.

26. PUEBLO COUNTY SHERIFF: KIRK M. TAYLOR gets his authority from his oath of office and the Citizens of Pueblo County and the State of Colorado.

27. PUEBLO COUNTY JAIL to include ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority from their oaths of office and the Citizens of Pueblo County and the State of Colorado.

28. PUEBLO COUNTY COURT to include ALL OF THE JUDGES AND THEIR ASSISTANTS gets its authority from the oaths that they take and the Citizens of Pueblo County along with the State of Colorado.

29. PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority from the oath of office that they take and the Citizens of Pueblo County along with the State of Colorado.

30. CITY OF PUEBLO gets its authority from the Citizens of Pueblo and the State of Colorado.

8

5.      Briefly state the background of your case:

The entities, Agents and Individuals that are listed above by their own records prove that they are guilty of violating my civil rights as indicated in the following laws "Title 15 USC 1&2, Title 18 USC 241, 242, 371, 2384, 2385 and Title 42 USC 1983, 1984, 1985, 1986" and I also need the Court to follow the Law for Title 18 USC 3771, I feel that these entities, Agents and Individuals will come after me for anything they can for filing this case.

1. When I did get in front of the Judges in my cases, the Deputies with the different Sheriff's Departments told me not to speak until I was told to.
2. The District Attorneys Officers told me to Plead Guilty on the charges and get time served plus a fine or spend 6 months to a year in jail.
3. I was never shown an arrest warrant.
4. I was never shown the Authority from any one of the officers to do what they did.
5. It is illegal to Threaten, Coerce or intimidate someone to do anything against their will no matter who you are and this is nothing more than False arrest, illegal detention (false imprisonment), and malicious prosecution which are recognized as causes of action under Title 42, Section 1983. My health has done down the toilet because of all of this and it's not getting any better.
6. I was arrested by Grand Junction Police on February 19, 2015, taken to the Mesa County Sheriff's Office at that time.
7. On February 20, 2015 they took me to Eagle County Jail in Eagle Colorado, I was taken before the Judge on Monday February 24, 2015.
8. Eagle County took me on February 25, 2015 to Jefferson County Jail in Golden Colorado to wait for Pueblo County Sheriffs Deputy's to pick me up from there.
9. Pueblo County Sheriff took me and held me in their jail until March 09, 2015 when I was released.
10. We do not have debtors prisons in this country but I guess in the State of Colorado whatever the judges, district attorneys, cops and sheriff deputies say is just fine, and if, heaven forbid, someone stands up to make them pay for their wrong doings, oh well we will just have them killed and say that they were a terrorist and no one knows the difference.

9

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. THE STATE OF COLORADO is the area in which all of the States governing bodies reside and is controlled by the States Legislature with its BOND. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. <u>Inalienable rights</u>. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. My Civil Rights were violated by the State.

2. The COLORADO STATE Legislative Body does not have the right to take a RIGHT given to every man or women by their Creator and turn it into a Privilege. Any Law passed by the STATE LEGISLATOR cannot honor ones rights over those of another and ALL laws have to be approved and passed by the people.

3. JAMES v. KENTUCKY, 466 US 341, 80 LED 2d 346, 104 SCt. 1830 (1984) The Supreme Court held that state statutes did not take precedent over constitutional law.

4. **63C Am.Jur.2d, Public Officers and Employees, §247**

   "As expressed otherwise, **the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of** the government **or of all citizens who may need the intervention of the officer.**

   [1]Furthermore, the view has been expressed that **all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,**

   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...

   [3] and **owes a fiduciary duty to the public**...

   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

   [5] Furthermore, it has been stated that **any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy.** Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute.

   See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes **the deliberate concealment of material information in a setting of fiduciary obligation**. A public official is a fiduciary toward the public ... and if he **deliberately conceals material information from them, he is guilty of fraud.** McNally v United States 483 U.S. 350 (1987) [Emphasis added]

(Rev. 07/06)

5. SANDERS v. ENGLISH, 950 F2d 1036 (6TH Cir. 1992) False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983.

6. State and Federal Law says anyone who is arrested and demands to see a judge must be brought before the judge within 48 hours and if not all charges must be dismissed.

7. I was held for 19 days, starting with my arrest by the Grand Junction Police Department and ending with the Pueblo County Sheriffs Office. I had my 4th heart attack while being booked into the Pueblo County Jail and all of my neighbors and friends now think that I am not a law abiding citizen because of what has happened to me.

(Rev. 07/06)

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. THE GOVERNOR: Oversees ALL functions of the Government and Governments in the State of Colorado with an OATH of office and a BOND. He has failed to uphold my Civil Rights from those under his command.

2. The Governor has committees to oversee complaints in different departments through-out the State to make sure this doesn't happen, but when the people on these committees feel that they don't or cant investigate an elected or appointed public official for illegal acts or fraud then they are not doing their jobs and the responsibility falls on the shoulders of the Governor.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.

[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...

[3] and owes a fiduciary duty to the public...

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute.

See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

12

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. COLORADO STATES ATTORNY GENERAL: Oversee ALL of the judicial entities within the boundaries of the State of Colorado with an OATH of office and a BOND. She has failed to uphold my Civil Rights from those under her command.

2. COLORADO STATES ATTORNY GENERALS office was contacted on this matter and they passed the buck to a committee that when you call them you get a recording to leave a message that they don't follow through with and you never hear back from them.

3. JAMES v. KENTUCKY, 466 US 341, 80 LED 2d 346, 104 SCt. 1830 (1984) The Supreme Court held that state statutes did not take precedent over constitutional law.

4. 63C Am.Jur.2d, Public Officers and Employees, §247 "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.

   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

5. SANDERS v. ENGLISH, 950 F2d 1036 (6TH Cir. 1992) False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983.

6. State and Federal Law says anyone who is arrested and demands to see a judge must be brought before the judge within 48 hours and if not all charges must be dismissed.

13

(Rev. 07/06)

7. I was held for 19 days, I had my 4th heart attack while being booked into the Pueblo County Jail and all of my neighbors and friends now think that I am not a law abiding citizen because of what has happened to me.

8. I should have been released days before then with all charges dropped but that never happened because there's no revenue being brought in to the CORPORATE State Government.

9. <u>No State shall convert secured liberties (Rights) into privileges and issue a license and a fee for it "Murdock v. Pennsylvania", 319 U.S. 105.</u>

10. <u>If a State does convert your liberty into a privilege you can engage in that right with impunity. Shuttlesworth v. City of Birmingham, 373 U.S. 262.</u>

(Rev 07/06)

## FORTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. COLORADO SECRETARY OF STATE: He is to oversee ALL Businesses and Corporations for the State of Colorado with an OATH of office and a BOND. He has failed to uphold my Civil Rights from those under his command.

2. The "STATE OF COLORADO" is a CORPORATION and not a government by the People, the proof is in the Dunn & Bradstreet numbers for "STATE OF COLORADO-071549000" and also in "CITY OF DENVER- 066985480". These numbers are not given to GOVERNMENTS but only to CORPORATIONS to show what their credit rating is and can they acquire more credit or get a higher rating.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. Black's Law Dictionary defines a "CORPORATION" as "An artificial person or legal entity created by or under the authority of the laws of a state or nation".

5. I was injured when a corporate fiction took my God given rights away and threatened my life with putting me in jail, not giving me my medication and keeping my housed with other corporate entities that has no regard for human life.

6. This took place from February 19, 2015 thru March 09, 2015

15

7. While I was in the custody of these corporate (Fictions) entities I was put through the stress of their actions and put in the hospital which took a toll on my health and my wellbeing.

(Rev. 07/06)

## FIFTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. COLORADO DEPARTMENT OF MOTOR VEHICILES: is to bring in revenue for the State and also to follow the Law and not statutes with an OATH of office and a BOND. She has failed to uphold my Civil Rights from those under her command.

2. Corporate (Fictions) entities cannot grant privileges to its creator (MAN) without having permission to do so. When you are told that you have to have a license or a permit and not told that you are giving up your rights then fraud has been committed on you by that corporate (Fictional) entity.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
[3] and owes a fiduciary duty to the public…
[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. The department of motor vehicles has taken away my right to own property (pickup truck). This took place March 09, 2015. By doing this, they have stopped me from going where I want or need to go at my will. This is in violation my life, liberty and my pursuit of happiness.

(Rev. 07/06)

## SIXTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1.  AMERICAN BAR ASSOCIATION: They are licensed through themselves and not through any STATE as required by law and they are to defend the rights of the citizens and the people of the country with an OATH of office and a BOND. They are guilty of violating their own oath along with my Civil Rights.

2.  From the inception of The American Bar Association in 1878 by the 100 attorneys from the 26 States, they convinced congress to allow their organization to complete the transformation of turning America from a Republic to a full fledge democracy. A democracy is Communism and that is Treason on the country and its people.

3.  Because of The American Bar Association I have been arrested, detained, held for ransom by way of outrageous and unreasonable bails on what's known as infractions.

18

**SEVENTH CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

1. COLORADO BAR ASSOCIATION:   They are licensed through themselves and not through the State or any agency and are to defend the rights of the citizens and the people of the State with an OATH of office and a BOND. They are guilty of violating their own oath along with my Civil Rights.

2. From the inception and being a sub corporation of The American Bar Association, they have convinced the state legislators to allow their organization to complete the transformation of turning The State of Colorado from a Republic to a full fledge democracy. A democracy is Communism and that is Treason on the country and its people.

3. Because of The Colorado Bar Association I have been arrested, detained, held for ransom by way of outrageous and unreasonable bails on what's known as infractions.

19

## EIGHTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. MESA COUNTY COURT: this is where the Judges of MESA COUNTY hold court with an OATH of office and a BOND, they are to look at the Defendants as they are innocent until proven guilty, they are not to be swayed by politics to make their judgement:   They are guilty of violating their oath along with my Civil Rights.

2. According to the law, State Courts are to be common law courts and Federal Courts are to be Courts of Record. In the State of Colorado these State courts are acting and operating under statutory law which is corporate law and not common law.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...
   [3] and owes a fiduciary duty to the public...
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. The judges in Mesa County are acting under Assumption and Presumption in thinking that I am a corporation and not a living breathing creation of God.

5. They have allowed the corporate state of Colorado to influence their actions because of the corporate pay check that they receive and they have forgotten what their oath says.

6. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

(Rev. 07/06)

7. <u>I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit.</u> These are clear violations of my rights.

21

## NINTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. MESA COUNTY with its BOND is a portion of land located in the central section of the western side of the State at the UTAH and COLORADO border. The area in which the County and the States governing bodies reside and is controlled by the Citizens of the county and the States Legislature. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

2. Mesa County is a Corporation with its own Dunn & Bradstreet number which further indicates its corporate status. It allows these actions to take place in the county because it brings in revenue which they enjoy and they don't care if it is illegal.

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. <u>I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit in Mesa County.</u> These are clear violations of my rights.

22

## TENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. MESA COUNTY SHERIFF MATT LEWIS gets his authority with an OATH of office and a BOND and the citizens of Mesa County and the State of Colorado.

2. Mesa County Sheriff Matt Lewis swore an oath to the Constitution of The United States of America and to the State of Colorado, but Mr. Lewis is of the opinion that his policies and the corporate statutes supersede his oath to the Constitution of both the Country and the State. Sense Mr. Lewis chooses to follow statutory law and not Constitutional Law then he is not an elected official of the People but in fact an officer of a privet security company enforcing corporate statutes and is in violation of his office.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit with the Mesa County Sheriffs Office. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

23

## ELEVENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. MESA COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Mesa County and the State of Colorado.

2. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit with the Mesa County Sheriff's Office. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights

24

## TWELFTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. MESA COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority with an OATH of office and a BOND that they take and the citizens of Mesa County along with the State of Colorado.

2. They are operating on the Assumption and Presumption that anyone that comes before them are Citizens of the Corporation and are subject to statutory law and not creations of God and subject to common law.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit with the Mesa County Sheriff's Office. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights

## THIRTEENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. CITY OF GRAND JUNCTION gets its authority with its BOND, the citizens of Grand Junction and the State of Colorado.
2. CITY OF GRAND JUNCTION is a Corporation with its own Dunn & Bradstreet number which further indicates its corporate status.
3. THE CITY OF GRAND JUNCTION being a corporation operates under statutes and not constitutional law but I am NOT a CORPORATION I am a creation of God not a corporation. When the City allows its Police Department to everyone as a corporation then at that point it is in violation of the State and the United States Constitution.
4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.
5. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit with the CITY OF GRAND JUNCTION. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights

26

## FOURTEENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. GRAND JUNCTION POLICE DEPARTMENT (THE CHIEF OF POLICE AND EVERYONE UNDER HIM DOWN TO THE METER MAID) gets its authority with an OATH of office and a BOND and the Citizens of Grand Junction and the State of Colorado.

2. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
[3] and owes a fiduciary duty to the public…
[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit with the GRAND JUNCTION POLICE DEPARTMENT. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

27

## FIFTEENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. EAGLE COUNTY is the area in which the County and the States governing bodies reside and is controlled by the citizens of the county and the States Legislature. Under the COLORADO STATE CONSTITUTION, the citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

2. EAGLE County is a Corporation with its own Dunn & Bradstreet number which further indicates its corporate status. It allows these actions to take place in the county because it brings in revenue which they enjoy and they don't care if it is illegal.

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit in Mesa County. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

(Rev. 07/06)

## SIXTEENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. EAGLE COUNTY SHERIFF JAMES VAN BEEK gets his authority with an OATH of office and a BOND and the citizens of Eagle County and the State of Colorado. He violated my Civil Rights by not getting me in front of the judge in the proper amount of time as required by law. It makes no difference what day of the week it is, the law says that the defendant is to be in front of the judge within 48 hours of demand.

2. EAGLE COUNTY SHERIFF JAMES VAN BEEK swore an oath to the Constitution of The United States of America and to the State of Colorado, but Mr. VAN BEEK is of the opinion that his policies and the corporate statutes supersede his oath to the Constitution of both the Country and the State. Sense Mr. VAN BEEK chooses to follow statutory law and not Constitutional Law then he is not an elected official of the People but in fact an officer of a privet security company enforcing corporate statutes and is in violation of his office.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...
   [3] and owes a fiduciary duty to the public...
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

29

5.  <u>I have been detained, arrested and held against my will, denied medications, put in the</u>
    <u>hospital from the stress of their actions and not allowed to see a judges in the proper time</u>
    <u>limit with the EAGLE COUNTY SHERIFF JAMES VAN BEEK. All of this started on</u>
    <u>February 19, 2015 and continued through February 24, 2015.</u> These are clear violations
    of my rights.

(Rev 07/06)

## SEVENTEENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. EAGLE COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Eagle County and the State of Colorado. The Sheriff Issues policies that his deputies follow but they are no laws, policies do not supersede laws.

2. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
[3] and owes a fiduciary duty to the public…
[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit with the Mesa County Sheriff's Office. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

31

## EIGHTEENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. EAGLE COUNTY COURT: this is where the Judges of EAGLE COUNTY hold court with an OATH of office and a BOND and they are to look at the Defendants as they are innocent until proven guilty, they are not to be swayed by politics to make their judgement.

2. According to the law, State Courts are to be common law courts and Federal Courts are to be Courts of Record. In the State of Colorado these State courts are acting and operating under statutory law which is corporate law and not common law.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. The judges in Eagle County are acting under Assumption and Presumption in thinking that I am a corporation and not a living breathing creation of God.

5. They have allowed the corporate state of Colorado to influence their actions because of the corporate pay check that they receive and they have forgotten what their oath says.

6. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

(Rev. 07/06)

7. I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. When the case was to be dismissed by law the judges chose to keep going passed the time limit and proceeded with their verdict. This goes to prove that the Law doesn't exist in their courtroom. . All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights

(Rev 07/06)

## NINTEENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. EAGLE COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority with an OATH of office and a BOND that they take and the Citizens of Eagle County along with the State of Colorado.

2. They are operating on the Assumption and Presumption that anyone that comes before them are citizens of the Corporation and are subject to statutory law and not creations of God and subject to common law.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...
[3] and owes a fiduciary duty to the public...
[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

34

## TWENTYTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. CITY OF EAGLE gets its authority with its BOND and from the citizens of Eagle and the State of Colorado.
2. THE CITY OF EAGLE is a Corporation with its own Dunn & Bradstreet number which further indicates its corporate status.
3. THE CITY OF EAGLE being a corporation operates under statutes and not constitutional law, but, I am NOT a CORPORATION, I am a creation of God. When the City allows its Police Department and Sheriff's Department to look at everyone as a corporation then at that point it is in violation of the State and the United States Constitution.
4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.
5. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

35

**TWENTYFIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

1. CITY OF GOLDEN gets its authority from the Citizens of Golden and the State of Colorado.

2. THE CITY OF GOLDEN is a Corporation with its own Dunn & Bradstreet number which further indicates its corporate status.

3. THE CITY OF GOLDEN being a corporation operates under statutes and not constitutional law, but, I am NOT a CORPORATION, I am a creation of God. When the City allows its Police Department and Sheriff's Department to look at everyone as a corporation then at that point it is in violation of the State and the United States Constitution.

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

36

## TWENTYSECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. JEFFERSON COUNTY with its BOND is the area of the State in which the County and the States governing bodies reside and is controlled by the Citizens of the county and the States Legislature. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

2. JEFFERSON COUNTY being a corporation operates under statutes and not constitutional law, but, I am NOT a CORPORATION, I am a creation of God. When the City allows its Police Department and Sheriff's Department to look at everyone as a corporation then at that point it is in violation of the State and the United States Constitution.

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

(Rev. 07/06)

## THENTYTHIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. JEFFERSON COUNTY JAIL and all of the DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Jefferson County and the State of Colorado.

2. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
[3] and owes a fiduciary duty to the public…
[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

(Rev. 07/06)

## TWENTYFOURTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. JEFFERSON COUNTY SHERIFF JEFF SHRADER gets his authority with an OATH of office and a BOND and the Citizens of Jefferson County and the State of Colorado.

2. JEFFERSON COUNTY SHERIFF JEFF SHRADER swore an oath to the Constitution of The United States of America and to the State of Colorado, but Mr. SHRADER is of the opinion that his policies and the corporate statutes supersede his oath to the Constitution of both the Country and the State. Sense Mr. SHRADER chooses to follow statutory law and not Constitutional Law then he is not an elected official of the People but in fact an officer of a privet security company enforcing corporate statutes and is in violation of his office.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time

39

limit. All of this started on February 19, 2015 and continued through February 24, 2015. These are clear violations of my rights.

(Rev. 07/06)

## TWENTYFIFTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. PUEBLO COUNTY with its BOND is the area of the State in which the County and the States governing bodies reside and is controlled by the Citizens of the county and the States Legislature. Under the COLORADO STATE CONSTITUTION, the Citizens are guaranteed in Article 2 Section 3. Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

2. PUEBLO COUNTY being a corporation operates under statutes and not constitutional law, but, I am NOT a CORPORATION, I am a creation of God. When the County allows its Police Department and Sheriff's Department to look at everyone as a corporation then at that point it is in violation of the State and the United States Constitution.

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

41

## TWENTYSIXTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. PUEBLO COUNTY SHERIFF KIRK M. TAYLOR gets his authority with an OATH of office and a BOND and the Citizens of Pueblo County and the State of Colorado.

2. PUEBLO COUNTY SHERIFF KIRK M. TAYLOR swore an oath to the Constitution of The United States of America and to the State of Colorado, but Mr. TAYLOR is of the opinion that his policies and the corporate statutes supersede his oath to the Constitution of both the Country and the State. Sense Mr. TAYLOR chooses to follow statutory law and not Constitutional Law then he is not an elected official of the People but in fact an officer of a privet security company enforcing corporate statutes and is in violation of his office.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...
   [3] and owes a fiduciary duty to the public...
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. <u>I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time</u>

limit. All of this started on February 19, 2015 and continued through February 24, 2015. These are clear violations of my rights.

(Rev. 07/06)

## TWENTYSEVENTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. PUEBLO COUNTY JAIL to include ALL DEPUTIES IN THE SHERIFF'S DEPARTMENT gets their authority with an OATH of office and a BOND and the Citizens of Pueblo County and the State of Colorado.

2. 63C Am.Jur.2d, Public Officers and Employees, §247
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts…
   [3] and owes a fiduciary duty to the public…
   [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
   [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

3. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

4. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

(Rev. 07/06)

## TWENTYEIGHTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. PUEBLO COUNTY COURT: this is where the Judges of PUEBLO COUNTY hold court with an OATH of office and a BOND they are to look at the Defendants as they are innocent until proven guilty, they are not to be swayed by politics to make their judgement.

2. According to the law, State Courts are to be common law courts and Federal Courts are to be Courts of Record. In the State of Colorado these State courts are acting and operating under statutory law which is corporate law and not common law.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...
[3] and owes a fiduciary duty to the public...
[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. The judges in Eagle County are acting under Assumption and Presumption in thinking that I am a corporation and not a living breathing creation of God.

5. They have allowed the corporate state of Colorado to influence their actions because of the corporate pay check that they receive and they have forgotten what their oath says.

6. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

(Rev 07/06)

7. I have been detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. When the case was to be dismissed by law the judges chose to keep going passed the time limit and proceeded with their verdict. This goes to prove that the Law doesn't exist in their courtroom. . All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

(Rev. 07/06)

## TWENTYNINTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. PUEBLO COUNTY DISTRICT ATTORNEYS OFFICE to include ALL OF THE OFFICERS AND ASSISTANTS gets its authority with an OATH of office and a BOND that they take and the Citizens of Pueblo County along with the State of Colorado.

2. They are operating on the Assumption and Presumption that anyone that comes before them are citizens of the Corporation and are subject to statutory law and not creations of God and subject to common law.

3. 63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,
[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...
[3] and owes a fiduciary duty to the public...
[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.
[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

(Rev. 07/06)

**THIRTYTH CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

1. CITY OF PUEBLO gets its authority from its BOND the Citizens of Pueblo and the State of Colorado.

2. THE CITY OF PUEBLO is a Corporation with its own Dunn & Bradstreet number which further indicates its corporate status.

3. THE CITY OF PUEBLO being a corporation operates under statutes and not constitutional law, but, I am NOT a CORPORATION, I am a creation of God. When the City allows its Police Department and Sheriff's Department to look at everyone as a corporation then at that point it is in violation of the State and the United States Constitution.

4. False arrest, illegal detention (false imprisonment), and malicious prosecution are recognized as causes of action under Title 42, Section 1983 and The Supreme Court held that state statutes did not take precedent over constitutional law.

5. I have been threatened, coerced, detained, arrested and held against my will, denied medications, put in the hospital from the stress of their actions and not allowed to see a judges in the proper time limit. All of this started on February 19, 2015 and continued through March 9, 2015. These are clear violations of my rights.

48

## REQUEST FOR RELIEF
Plaintiff requests the following relief:


All I want is what is required by Law for the following violations of these Laws "Title 15 USC 1&2, Title 18 USC 241, 242, 371, 2384, 2385 and Title 42 USC 1983, 1984, 1985, 1986" and I also need the Court to follow the Law for Title 18 USC 3771, I feel that these Corporate Entities, Agents and Individuals will come after me for anything they can for me filing this case against them for my Civil Rights. According to my research the figure that is in my claim is correct in its amount.


According to FBI agent ALEX ZAPPY, he told me that once you are arrested and before you go to court you don't have any rights until you are out of jail all together. He said that policies of the jail supersedes any all LAWS in ALL jails throughout the country and that your Civil Rights do not exist until you're release

(Rev 07/06)

Date:  December 30, 2015 _____

_____
(Plaintiff's Original Signature)

525 ½ 32 1/8 Road
(Street Address)

Clifton, Colorado [81520-9998]
(City, State, ZIP)

970-589-2336
(Telephone Number)

(Rev. 07/06)

# WHERE TO GET HELP

American Civil Liberties Union                                303/777-5482

Catholic Immigration Services                                303/742-0828
(immigration and deportation only)

Colorado Bar Association website                             www.cobar.org

Colorado Legal Services
(formerly Legal Aid Society)
       Denver                                        303/837-1313
       Fort Collins                                  970/493-2891
       Colorado Springs                              719/471-0380
                     www.coloradolegalservices.org

The Legal Center                                             303/722-0300
(physically challenged only)                                 www.thelegalcenter.org

Law Line 9
(legal advice only Wednesdays 4:15-6:30 p.m.)                303/698-0999

Metropolitan Lawyer Referral Service                         303/831-8000
                                            www.cobar.org/mlrs/

Maps: How to Find Us

To obtain these maps, contact the office of the Clerk of the Court:
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294-3589
303/844-3433

(Rev. 07/06)



Rocky-Lee:Hutson
525 ½ 32 ⅛ Road
Clifton, Colorado [81520-9998]

CERTIFIED MAIL

7015 0640 0006 8203 1061

Attention:
Gordon P. Gallagher
United States Magistrate Judge
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294-3589

U.S. POSTAGE
CLIFTON, CO
81520
DEC 30 15
$6.41
R2304M1160213-08

1000

80294

