Date: January 07, 2016
Rocky-Lee:Hutson
525 ½ 32 1/8 Road
Clifton, Colorado [81520-9998]
970-589-2336

Gordon P. Gallagher
United States Magistrate Judge
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO  80294-3589



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2016

JEFFREY P. COLWELL
                      CLERK

Sir, I am sending this letter as a request for a "FastTrack" on my case #1:15-cv-02336-GPG for the following reasons:
1. I have had 7 Heart Attacks within the past 15 months.
2. The Mesa County Sheriff's Department is driving by my house 3-4 times a day, they stop, slow down drive to the end of my street turn around and come back by my house. This is putting extreme stress on me and I feel this may lead to a stroke or heart attack.
3. I had one nerve cut and burnt in my back on January 05, 2016 and will a second one done on January 26, 2016 due to nerve damage from years ago from an accident that almost killed me.
4. The stress that law enforcement is putting on me because of my filing this Lien is showing that they want me dead so my Lien will go away.

I am not a dead beat, I served my Country in the Army back in 1976 and have worked my whole life from the age of 13 when I had to quit school to put food on the table for my family.

Sir I feel that if this continues to go on I WILL have a stroke or the final heart attack. I don't have the money to come to Denver nor will my health allow me to go over the mountains at this time, there is a Federal Court house here in Grand Junction if you see fit to come over here.

Sir, I am asking that you grant my request for a Fast Track court hearing.

Respectfully.

Rocky-Lee:Hutson

Rocky-Lee: Hutson
525 1/2 32 1/8 Road
Clifton, Colorado [81520-9998]

Gordon P. Gallagher
United States Magistrate Judge
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

8029432501

GRAND JUNCTION 815

07 JAN 2016 PM 2 T