IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02336

, 

Rocky-Lee: Hutson Plaintiff

v.

,

The State of Colorado ET. AL Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 29 2016

JEFFREY P. COLWELL
CLERK

## NOTICE OF APPEAL

Notice is hereby given that _Order/Judgment 1:15-CV-02336 GPG_
(name the order and/or judgment)
_Rocky-Lee: Hutson v. State of CO_ in the above named case, hereby appeal to the United States
(plaintiff/defendant)
Court of Appeals for the Tenth Circuit from the _US District Court_
(describe the order and/or judgment)
entered in this action on the ___26th___ day of ___February___, 2016

. Dated _February 26, 2016_

_Rocky-Lee: Hutson_
Signature

_Rocky-Lee: Hutson_
Printed Name

_525 1/2 32 1/8 Road_
Address

_Clifton_, _Colorado_ [_81520-9998_]
City                State            Zip

_970-589-2336_
Telephone Number

# Writ of Error
# For Appeal
## "Quae Coram Nobis Residant"

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 29 2016

JEFFREY P. COLWELL
CLERK

I received documents from U.S. DISTRICT COURT, DISTRICT OF COLORADO, notice of Electronic Filing case number <u>1:15-CV-02336</u> dismissing this case.

**I am filing this document under "Forma Pauperis" since it was granted in the lower court and with my being indigent having no job or any form of income at all and also request that the Judges of the Appellate Court be Unbiased in their decision.**

I, a man Rocky as one of the people is here by special presence to convene this common law court of record.

This is a Commercial Lien. I am NOT an Attorney/Lawyer and am not practiced in the art of deception and lies. The court cannot dismiss this Commercial Lien, only a Jury or myself can dismiss it, and that is something I won't do as of yet and to have a Jury do it means that I have to be in court to argue my side to the Jury.

The Court has stated that Governmental Officers and Employees are immune from prosecution under the 11th Amendment. That is true if the Officials and Employees are operating in their elected capacity, but when they violate their Oaths of Office and operate in the Private under the Corporation and not Constitutional Law that Each of the Elected Officials has supposedly taken, and the Oath to the Constitution of The United States of America (Cir. 1789) and the Constitution of the State of Colorado (Cir. 1876). These documents are in Common Law and **NOT** commercial law.

Under Common Law any suit in court has to have an injured party or valid contract and the defendant has the right to question his/her accuser, also under Federal Law when a man is arrested and demands to see a Judge he/she has to be brought before the Judge within 48 hours of arrest.

The State Officials cannot pick and choose which laws they **WILL** or **WILL NOT** be used in their courts. If the people of a State are subject to State and Federal Laws then State Officials and their Employees are subject to the same exact Laws, no exceptions.

It has come to my attention from people in the community that United States Magistrate Judge Gordon P. Gallagher has discussed this case with the officials in Mesa County along with Pete Hotzinger the newly appointed Federal Prosecutor who was formally the Mesa County District Attorney and which they are both members of the same Country Club a.k.a. (Whore-House) along with the Sheriff's office where the Deputies are all talking to each other about this Commercial Lien filed by me. United States Magistrate Judge Gordon P. Gallagher has a Law Firm in Grand Junction and has done business with the new Federal Prosecutor who was formally the Mesa County District Attorney this is why I feel this is Conspiracy between Gallagher, Hotzinger and the other officials in Mesa County along with Special Agent Alex Zappy with the F.B.I. also in Mesa County. I have already been contacted by an attorney who said that he was representing the defendants in this Lien asking me to settle out of court for $25,000,000.00 and I told him that I would see him in court.

This may be the reason my "Fast Track" has yet to be answered by United States Magistrate Judge Gordon P. Gallagher under PART 28 - THE FAST TRACK civil rules and procedures.

In part 28- FAST TRACK rules the Judge has 21 days to answer my request for a FAST TRACK and to this date I have not received any commutations from United States Magistrate Judge Gordon P. Gallagher or Senior Judge LEWIS T. BABCOCK. I also find it interesting that Senior Judge Lewis T. Babcock did not address the issue about my request for a Fast Track trial either.

1. In this dismissal, the Court says that I did not follow Rule 8 of the Federal Rules of Civil Procedure, upon review of Rule 8, I did follow all 3 rules pertaining to the Creditor (Plaintiff) of Rule 8. The rest of the Rule 8 is for the Defense and not for the Creditor or (Plaintiff).
2. 3. And 4 see attached pages based upon immunity and you will find that none of the Defendant fall under the 11th Amendment.
5. These Corporate Entities, Agents and Individuals are acting under <u>Corporate Law</u> and not Constitutional Law.
6. I was denied the right to see a Judge for my trial within the proper Time limit, not shone a Warrant for my arrest and was denied my right to Face my accuser.

United States Magistrate Judge Gordon P. Gallagher directed me to file an amendment that complied with the December 16th order, I complied with his orders for the amendment, if it was not correct it falls on the United States Magistrate Judge Gordon P. Gallagher. I am not a mind reader nor am I a Lawyer/Attorney and am not to be held to that type of deceit.

The Amended Complaint:
   a. Everything that I stated in my original Commercial Lien is true and correct.

Analysis:
   a. Procedures and policies, from any governmental office and their Departments or Agencies <u>do not</u> supersede any State or Constitutional Law, for their job is to insure the upholding of the Constitution of the United States of America and the Constitution of the State of Colorado. Now according to Special Agent Alex Zappy of the F.B.I. who has said to me in front of witnesses "procedures and policies from any governmental office or agency **DO** supersede any and all State and Federal Laws".

Eleventh Amendment Immunity:
   a. See Attachment.

Private Entities:
   a. The American Bar Association and the Colorado Bar Association are a joint action with the State agents, in which the District Attorneys, Prosecuting Attorneys and all Judges in the State are members of the same Association or Bar Union.

Judicial and Prosecutorial Immunity:
   1. As listed in attachment you will see there is no immunity.
   2. They are using "Color of Law" but in fact they are not being impartial and unbiased in performance of their duties and are in fact, as previous business associates, friends and members of the same association or club and union.
   3. According to "Corpus Juris Cicundum" volume 7 chapter 4 under Attorney Clint Relations, an Attorneys first and foremost responsibility is to the court and not his/her client, and anyone who hires an attorney loses his/her rights and becomes a ward of the court. This shows a conspiracy on the court to the people that are seeking justice.

False Arrest and Imprisonment Claim:
1. Again as stated before, each elected Official has taken an Oath to the Constitution of the United States of America and the Constitution of the State of Colorado and as such those two documents are under <u>Common Law</u> and not <u>corporate law</u>. A warrant can only be issued by a Judge or the clerk of the court and **NOT** law enforcement officers.
2. When someone is arrested they are to be taken in front of a Judge or Magistrate to show just cause for a Warrant to be issued for your arrest and a copy of the Warrant be handed to you for your arrest. There was never a Warrant shown to me nor did any of these defendants tell me of any bail that was set nor I get a copy of any Warrant from any of the defendants that are in my Lien.
3. I was never taken before any Judge or Magistrate after being arrested even though I insisted to see them. This is a direct violation of my Rights under the Constitution.

Malicious Prosecution Claim:
1. My rights were violated as under the Constitution.
2. I was under such stress and denied heart medications that when I arrived at the Pueblo County jail I had my fourth of seven heart attacks and was admitted into the hospital in Pueblo, Colorado on February 24, 2015.
3. Mesa County refused my medication even when my wife brought the medication to the jail to prevent death from occurring.
4. Eagle County took a list of the medications from me but could not get all of them filled before I was transferred to Jefferson County three days later.
5. Jefferson County kept me in a holding cell without medications until Pueblo came and got me to transport me to Pueblo County jail.
6. In Mesa County Jail on November 10, 2015 again they refused to give me my medication and upon release on November 12, 2015 within 4 hours of my release I was admitted to the hospital for a Mini Stroke because of the (Policies and Procedures) of the Mesa County Jail.
7. Again I was not shown a warrant nor brought before a Judge on a Failure to appear for a ticket that I never received and was unaware of it and was never told what my bail would be and when I demanded to see a Judge immediately I was told you will see the Judge at the Judges convenience. This is a clear violation of the Constitution and a pure disregard for any law other than what they want to follow.

Let it be known that in the past 16 months I have had 7 heart attacks and a Mini Stroke and this should show to the Courts that my medications are vital to my staying alive. These Corporate Entities, Agents and Individuals are guilty of VIOLATING my rights and trying to KILL me.

Now I feel that there is a conspiracy that is going on in the local Federal Court between United States Magistrate Judge Gordon P. Gallagher, Federal Prosecutor Pete Hotzinger and the Special Agent Alex Zappy and /other parties, my Commercial Lien has extended to bring in the Department of Justice and the Federal Bureau of Investigation. I would like for these Corporate Entities and Agents to be added to the Commercial Lien.

It is my belief that by filing this Writ of Error, I fear retaliation by the Respondents and have concern for the safety of myself and my wife. I wish for protection that these Corporate Entities, Agents and Individuals will come after us for me bring light to their corruption.

Below is a list of all corporate agencies that are on my Commercial Lien to prove that they are **NOT** a governmental office as shown through Dun & Bradstreet.

**DEPARTMENT OF JUSTICE #011669674**
**FEDERAL BBUREAU OF INVESTIGATION #878865674**
**STATE OF COLORADO #076438621**
**GOVERNER OF THE STATE OF COLORADO #149524985**
**COLORADO STATES ATTORNEY GENERAL #188589402**
**COLORADO SECTRETARY OF STATE #069291008**
**COLORADO DEPARTMENT OF MOTOR VEHICLES #146373837**
**AMERICAN BAR ASSOCIATION #**
**COLORADO BAR ASSOCIATION #**
**MESA COUNTY COURT #**
**MESA COUNTY DISTRICT ATTORNEY'S OFFICE #**
**MESA COUNTY #**
**MESA COUNTY SHERIFF #**
**MESA COUNTY JAIL #**
**CITY OF GRAND JUNCTION #**
**GRAND JUNCTION POLICE DEPARTMENT #**
**EAGLE COUNTY #**
**EAGLE COUNTY SHERIFF #**
**EAGLE COUNTY JAIL #**
**CITY OF EAGLE #**

**EAGLE COUNTY DISTRICT ATTORNEY'S OFFICE #**
**EAGLE COUNTY COURTS #**
**CITY OF GOLDEN #**
**JEFFERSON COUNTY #**
**JEFFERSON COUNTY SHERIFF #**
**JEFFERSON COUNTY JAIL #**
**PUEBLO COUNTY #**
**PUEBLO COUNTY SHERIFF #**
**PUEBLO COUNTY JAIL #**
**PUEBLO COUNTY COURT #**
**CITY OF PUEBLO #**
**PUEBLO COUNTY DISTRICT ATTORNEY'S OFFICE #**

# ATTACHMENT

Claimant requires protection for himself and his wife pursuant to 18 U.S. Code § 3771.

Claimant accepts Oaths sworn by all interested parties to uphold the Laws of the United States Constitution Cir. 1789 and the organic Laws of the Colorado Constitution Cir. 1876.

**Title 5, US Code § 556(d), § 557, § 706**: Courts lose jurisdiction for failure to follow Due Process Law.

The Supremacy Clause appears in Article VI of the United States Constitution. It establishes the Constitution, Federal Statutes, and U.S. treaties as 'the supreme law of the land.' State judges are required to uphold it, even if state laws or Constitutions conflict with it.
**TITLE 42 § 12202** A State shall not be immune.

**TITLE 15 § 1122** No Immunity to state actors.

**TITLE 42 § 1983, 1985 & 1986** which he had knowledge were about to occur and power to prevent, a deprivation of constitutional rights.
Public servants have no immunity from Claimant in a claim for damages or for jail time in either your private or public servant capacity.

**TITLE 5 § 3331,** You have sworn not to violate the Constitution of the United States of America. Unless public servant can provide Claimant with the witness against him, which as a public servant you cannot do.

**TITLE 5 PART III Subpart B CHAPTER 33 SUBCHAPTER II § 3331** Oath of office.
An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath...support and defend the Constitution of the United States against ALL enemies, foreign and domestic;

**TITLE 28 PART I CHAPTER 21 § 453** Oaths of justices and judges.
Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: ``I, <JUDGE>, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do

equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Justice under the Constitution and laws of the United States. So help me God."

**TITLE 28 PART I CHAPTER 21 § 454** Practice of law by justices and judges. Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.

**TITLE 18 PART I CHAPTER 93 § 1918** Disloyalty and asserting the right to strike against the Government. A high crime is equal to a felony & a felony is any term greater than 1 year.

**TITLE 5 § 7311** an individual who violates this provision may not accept or hold a position in the Government of the United States or the government of the District of Columbia.

**Owen v. Independence 100 Vol. Supreme Court Reports. 1398: (1982). Main v. Thiboutot 100 Vol. Supreme Court Reports. 2502: (1982).**
The right of action created by statute relating to deprivation under color of law, of a right secured by the constitution and the laws of the United States and comes claims which are based solely on statutory violations of Federal Law and applied to the claim that claimants had been deprived of their rights, in some capacity, to which they were entitled.
Officers of the court have no immunity when violating constitutional right, from liability (When any public servant violates your rights they do so at their own peril.)

**TITLE 28 PART IV CHAPTER 85 § 1343.**
1. To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in Title 42 § 1985;

**18 U.S. Code § 2076** - Clerk of United States District Court.
Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**TITLE 18 PART I CHAPTER 101 § 2071** Concealment, removal, or mutilation generally.

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term 'office' does not include the office held by any person as a retired officer of the Armed Forces of the United States.
Federal Rules of Civil Procedure Rule 25. Filing and Service.
(4) Clerk's Refusal of Documents. The clerk must not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or by any local rule or practice. Federal Rules of Civil Procedure Rule 5.1. Constitutional Challenge to a Statute - Notice, Certification, and Intervention.
(a) Notice by a Party. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly: (d) No Forfeiture. A party's failure to file and serve the notice, or the court's failure to certify, does not forfeit a constitutional claim or defense that is otherwise timely asserted.

There are no LICENSED attorneys in the State of Colorado practicing law. State BAR number is:
1. The 'STATE BAR' CARD IS NOT A LICENSE, it is voluntary:
2. It is a 'UNION DUES CARD'
3. The 'BAR' is a 'professional association.'
4. Actors Union, Painters Union, etc. are associations.
5. Associations (e.g. AMA for doctors), do not issue licenses.
6. State BAR is a non-governmental private association. Not a branch of the State of Colorado.

**TITLE 28 App. > FEDERAL > TITLE > Rule 46.** Attorneys 'I, (attorney name), do solemnly swear [or affirm] that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.'

It is fraud on the United States of America, fraud on the court and is being aided and abetted by the BAR MEMBER as 'attorney's' ABA Model Rules of Professional Conduct Rule 1.2: Scope of Representation Rule 1.2 (d) A lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows IS CRIMINAL OR FRAUDULENT.

**Donnelly v. Dechristoforo, 1974.SCT.41709, 416 U.S. 637 (1974)** Mr. Justice Douglas, dissenting. Federal Rules of Evidence and State Rules of Evidence.... there must be a competent first hand witness (a body). There has to be a real person making the complaint and bringing evidence before the court. Corporations are paper and can't testify. 'The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial.'

**TITLE 18 § 2** Principals aids, abets.
(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

**TITLE 18 § 4** Misprision of felony.
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**15 U.S. Code § 1** - Trusts, etc., in restraint of trade illegal; penalty
Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

**15 U.S. Code § 2** - Monopolizing trade a felony; penalty
Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

_February 26, 2016_
/Date

_Rocky-Lee-Hutson_
/Rocky-Lee:Hutson

525 ½ 32 1/8 Road

Clifton, Colorado [81520-9998]

970-589-2336

Rocky-Lee: Nutter
525½ 32⅛ Road
Clifton, Colorado [81520-9998]

Office of the Clerk
United States District
901 - 19th Street, Room A105
Denver, Colorado 80294-3589

U.S. POSTAGE
PAID
CLIFTON, CO
81520
FEB 25, '16
AMOUNT
$1.42
R2304M113918-06