# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Chris Wolpert |
|---|---|---|
| Clerk of Court | March 01, 2016 | Chief Deputy Clerk |

Mr. Rocky Lee: Hutson
5251/2 321/8 Road
Clifton, CO 81520-9998

**RE:**     **16-1062, Rocky Lee: Hutson v. State of Colorado, et al**
            Dist/Ag docket: 1:15-CV-02336-LTB

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Pro se parties must complete and file the entry of appearance form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via the court's Electronic Case Filing (ECF) system as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/kf