Date: August 12, 2016

From: Rocky-Lee:Hutson
525 ½ 32 1/8 Road
Clifton, Colorado
CO 81520-7829 US

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2016

JEFFREY P. COLWELL
CLERK

To: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
ALFRED A. ARRAJ COURTHOUSE
901-19TH STREET, ROOM A105
DENVER, COLORADO 80294-3589

## Notice of Default

This letter is to inform you that you/the court and the Debtors in this Commercial Lien are in Default. You have failed to answer any of the questions listed in the Affidavit of Obligation of Commercial Lien dated October 19, 2015 for Case Number 1:15-CV-02336-GPG and 1:15-CV-02336-LTB, therefore the Debtors/Defendants have Defaulted on the claim and now owe to the Claimant the amount listed in the claim.

Under the **Maxims of Law** "It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only Lien Claimant or a Jury can dissolve a Commercial Lien," and "An official who impairs, debauches, voids or abridges an obligation of contract, or the effect of a commercial lien without proper cause, becomes a lien debtor – and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony."

You have 10 days from today to settle this Notice of Default, if you do not have this matter settled within the time limit given action will be taken on the Court/s.

Respectfully

*[signature]*

Rocky-Lee:Hutson



GRAND JUNCTION CO 815

15 AUG 2016 PM 2 T

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
ALFRED A. ARRAJ COURTHOUSE
901-19TH STREET, ROOM A105
DENVER, COLORADO 80294-3589

80294$2501

Roy The Nester
96525 1/2 32 1/8 Road
Clifton, Colorado
CO 81520-7829 45